1 | JOHN H. BRINK BAR NO. 28018
2 | KATHRYN E. VAN HOUTEN BAR NO. 143402
  | ARMEN BAGHDASARIAN BAR NO. 186447
3 | IRSFELD, IRSFELD & YOUNGER LLP
  | 100 W. Broadway, Ste. 900
4 | Glendale, CA 91210
  | Telephone: (818) 242-6859
5 | Facsimile: (818) 240-7728

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 12-2661 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| FLORENTINO CANO JR., | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, FLORENTINO CANO JR., in the total amount of $4,935.80.

Dated: 6/28/2012

TERRY NAFISI, CLERK
United States District Court
Central District of California

L. RAYFORD
By: Deputy Clerk